IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, | Case No: 1:15-cv-02228<br><br>**JURY TRIAL DEMANDED** |
| Plaintiffs, | |
| v. | |
| KMART CORPORATION and SEARS HOLDINGS CORPORATION, | |
| Defendants. | |

**PLAINTIFFS' UNCONTESTED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs hereby move for an Order granting preliminary approval of a settlement agreement between Plaintiffs Greater Chautauqua Federal Credit Union, First Choice Federal Credit Union, Gulf Coast Bank & Trust Company, Governmental Employees Credit Union, and Oteen V.A. Federal Credit Union ("Plaintiffs"), individually and on behalf of the Settlement Class, and Defendants Kmart Corporation ("Kmart") and Sears Holdings Corporation ("Sears") (collectively "Sears/Kmart").

Pursuant to the Settlement Agreement with Sears/Kmart, a copy of which is attached hereto as Exhibit 1 to the Declaration of Arthur M. Murray, and as described in the accompanying Memorandum of Law, Sears/Kmart have agreed to create a Settlement Fund of $5,200,000, and agreed to waive its appeal rights concerning and to pay the final Visa and MasterCard assessments.

In addition, Sears/Kmart agreed to certain injunctive relief as contemplated in the Settlement Agreement.

Therefore, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that the Court enter an Order:

(a) Preliminarily approving the Settlement Agreement;

(b) Conditionally certifying the proposed Settlement Class as defined in the Settlement Agreement;

(c) Appointing Interim Co-Lead Counsel as counsel for the Class pursuant to Fed. R.Civ. P. 23(g);

(d) Staying the proceedings against Sears/Kmart in accordance with the terms of the Settlement Agreement; and

(e) Granting such other and further relief as may be appropriate.

This Motion is supported by the Settlement Agreement; Plaintiffs' Memorandum of Law in Support of Motion for Preliminary Approval, submitted herewith; the Declaration of Arthur M. Murray, the Declaration of Cameron Azari, and the Escrow Agreement submitted herewith; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court. This Motion is uncontested by Sears/Kmart.

Dated: July 29, 2016          Respectfully submitted,

/s/ *Lori A. Fanning*
Lori A. Fanning
Marvin A. Miller
**Miller Law LLC**
115 South LaSalle Street
Suite 2910
Chicago, IL 60603
(312) 332-3400
Email: lfanning@millerlawllc.com
Email: mmiller@millerlawllc.com

4

*Liaison Counsel for the Financial Institutions*

Arthur M. Murray
Stephen B. Murray
Caroline W. Thomas
**Murray Law Firm**
650 Poydras Street
Suite 2150
New Orleans, LA 70130
505-525-8100
Email: amurray@murray-lawfirm.com
Email: smurray@murray-lawfirm.com
Email: cthomas@murray-lawfirm.com

Karen H. Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Email: khriebel@locklaw.com
Email: hmsilton@locklaw.com
Email: kmbaxter-kauf@locklaw.com

*Co-Lead Counsel for the Financial Institutions*

Erin Green Comite
Joseph P. Guglielmo
**Scott + Scott Attorneys at Law, LLP**
405 Lexington Avenue
40th Floor
New York, NY 10174
212-594-5300
Email: jguglielmo@scott-scott.com
Email: ecomite@scott-scott.com

James J. Pizzirusso
Swathi Bojedla
**Hausfeld, LLP**
1700 K. Street, NW
Suite 650
Washington, DC 20006
202-540-7200
Email: jpizzirusso@hausfeldllp.com
Email: sbojedla@hausfeldllp.com

Daniel E. Gustafson
Jason S. Kilene
Catherine K. Smith
Joseph C. Bourne
Eric S. Taubel
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
612-333-8844
Email: dgustafson@gustafsongleuk.com
Email: jkilene@gustafsongluek.com
Email: csmith@gustafsongluek.com
Email: jbourne@gustafsongleuk.com
Email: etaubel@gustafsongleuk.com

4

| | |
|---|---|
| Gary F. Lynch<br>Edwin J. Kilpela<br>Jamisen Etzel<br>**Carlson Lynch Sweet Kilpela**<br>**& Carpenter, LLP**<br>1133 Penn Avenue<br>5th Floor<br>Pittsburgh, PA 15222<br>412-322-9243<br>Email: glynch@carlsonlynch.com<br>Email: ekilpela@carlsonlynch.com<br>Email: jetzel@carlsonlynch.com | Edward A. Wallace<br>Mark R. Miller<br>**Wexler Wallace LLP**<br>55 West Monroe Street<br>Suite 3300<br>Chicago, IL 60603<br>312-346-2222<br>Email: eaw@wexlerwallace.com<br>Email: mrm@wexlerwallace.com |
| Katrina Carroll<br>Kyle A. Shamberg<br>**Lite DePalma Greenberg, LLC**<br>211 W. Wacker Drive, Suite 500<br>Chicago, IL 60606<br>312-750-1265<br>Email: kcarroll@litedepalma.com<br>Email: kshamberg@litedepalma.com | Greg L. Davis<br>**Davis & Taliaferro, LLC**<br>7031 Halcyon Park Drive<br>Montgomery, AL 36117<br>334- 832-9080<br>Email: gldavis@knology.net |

*Plaintiffs' Steering Committee for the Financial Institutions*

# CERTIFICATE OF SERVICE

  I hereby certify that on July 29, 2016, that I served (1) Plaintiffs' Uncontested Motion for Preliminary Approval of Class Action Settlement, and (2) Memorandum in Support of Motion For Preliminary Approval of Class Action Settlement and Certification of Settlement Class using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Phyllis B. Sumner
S. Stewart Haskins
Elizabeth D. Adler
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
404-572-4600
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com

Nicholas A. Oldham
**KING & SPALDING LLP**

4

1700 Pennsylvania Avenue NW
Washington, D.C. 20006
202-737-0500
noldham@kslaw.com

Rodney L. Lewis
Colleen S. Walter
**Polsinelli PC**
161 North Clark Street
Suite 4200
Chicago, Illinois 60601
312-819-1900
rodneylewis@polsinelli.com
cwalter@polsinelli.com

                                      /s/ *Lori A. Fanning*
                                      Lori A. Fanning