IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, | : : : : : : : : : : | Case No: 1:15-cv-02228<br><br><br><br>**JURY TRIAL DEMANDED** |
| Plaintiffs, | : : | |
| v. | : : | |
| KMART CORPORATION and SEARS HOLDINGS CORPORATION, | : : : | |
| Defendants. | : : | |

**PLAINTIFFS' UNCONTESTED SECOND AMENDED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs hereby move for an Order granting preliminary approval of the Second Amended Settlement Agreement and Release between Plaintiffs Greater Chautauqua Federal Credit Union, First Choice Federal Credit Union, Gulf Coast Bank & Trust Company, Governmental Employees Credit Union, and Oteen V.A. Federal Credit Union ("Plaintiffs"), individually and on behalf of the Settlement Class, and Defendants Kmart Corporation ("Kmart") and Sears Holdings Corporation ("Sears") (collectively "Sears/Kmart").

On August 3, 2016, the Parties appeared before this Court seeking preliminary approval of the original Settlement Agreement dated July 26, 2016. The Court denied without prejudice the motion for preliminary approval of the original Settlement Agreement, and advised Plaintiffs to submit an Uncontested Amended Motion for Preliminary Approval of Class Action Settlement.

Pursuant to this Court's instructions, the Parties executed an Amended Settlement Agreement and Release. which clarified: (1) the definition of Released Claims; (2) that the award of attorneys fees are subject to Court approval; (3) service award payments may be up to $10,000, subject to Court approval; and (4) Plaintiffs shall file a Motion for Final Approval of the Settlement.

At the hearing on the Uncontested Amended Motion for Preliminary Approval of Class Action Settlement, the Court expressed concern that certain data relevant to administration of the settlement in the possession of Visa and MasterCard had not yet been obtained. The Court thereafter denied the amended motion without prejudice and instructed Plaintiffs to (1) obtain the necessary data from Visa and MasterCard and (2) utilize that data to verify that there is at least one class representative which is a member of each settlement tier and, further, to confirm that the class members can determine if they are eligible for compensation in either or both tiers. Class Counsel have acquired and reviewed the data, in turn verifying that there is at least one class representative for each settlement tier. Further, to better assist class members with determining their settlement eligibility, language in the Second Amended Settlement Agreement and notice documents has been amended to more clearly describe which financial institutions are eligible for Tier 1 participation. Specifically, the term "Non-VisaNet" has been replaced with the term "Non GCAR Eligible Compromised Payment Card". While not expanding or in any way changing the universe of cards eligible for Tier 1, the new terminology will provide financial institutions greater clarity and make it much easier for them to determine if they are eligible to participate in Tier 1.

Pursuant to the Second Amended Settlement Agreement with Sears/Kmart, and as described in the accompanying Amended Memorandum of Law, Sears/Kmart have agreed to create a Settlement Fund of $5,200,000, and agreed to waive its appeal rights concerning and to

pay the final Visa and MasterCard assessments. In addition, Sears/Kmart agreed to certain injunctive relief as contemplated in the Settlement Agreement.

Therefore, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs respectfully request that the Court enter an Order:

(a) Preliminarily approving the Amended Settlement Agreement;

(b) Conditionally certifying the proposed Settlement Class as defined in the Second Amended Settlement Agreement;

(c) Appointing Interim Co-Lead Counsel as counsel for the Class pursuant to Fed. R.Civ. P. 23(g);

(d) Staying the proceedings against Sears/Kmart in accordance with the terms of the Second Amended Settlement Agreement; and

(e) Granting such other and further relief as may be appropriate.

This Motion is supported by the Second Amended Settlement Agreement dated October 24, 2016; Plaintiffs' Amended Memorandum of Law in Support of Motion for Preliminary Approval; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court. This Motion is uncontested by Sears/Kmart.

Dated: October 24, 2016          Respectfully submitted,

/s/ *Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
**Lite DePalma Greenberg, LLC**
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
312-750-1265
Email: kcarroll@litedepalma.com
Email: kshamberg@litedepalma.com

*Liaison Counsel for the Financial Institutions*

Arthur M. Murray
Stephen B. Murray
Caroline W. Thomas
**Murray Law Firm**
650 Poydras Street
Suite 2150
New Orleans, LA 70130
505-525-8100
Email: amurray@murray-lawfirm.com
Email: smurray@murray-lawfirm.com
Email: cthomas@murray-lawfirm.com

Karen H. Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Email: khriebel@locklaw.com
Email: hmsilton@locklaw.com
Email: kmbaxter-kauf@locklaw.com

*Co-Lead Counsel for the Financial Institutions*

James J. Pizzirusso
Swathi Bojedla
**Hausfeld, LLP**
1700 K. Street, NW
Suite 650
Washington, DC 20006
202-540-7200
Email: jpizzirusso@hausfeldllp.com
Email: sbojedla@hausfeldllp.com

Erin Green Comite
Joseph P. Guglielmo
**Scott + Scott Attorneys at Law, LLP**
405 Lexington Avenue
40th Floor
New York, NY 10174
212-594-5300
Email: jguglielmo@scott-scott.com
Email: ecomite@scott-scott.com

Daniel E. Gustafson
Jason S. Kilene
Catherine K. Smith
Joseph C. Bourne
Eric S. Taubel
**Gustafson Gluek PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
612-333-8844
Email: dgustafson@gustafsongleuk.com
Email: jkilene@gustafsongluek.com
Email: csmith@gustafsongluek.com
Email: jbourne@gustafsongleuk.com
Email: etaubel@gustafsongleuk.com

| | |
|---|---|
| Gary F. Lynch | Edward A. Wallace |
| Edwin J. Kilpela | Mark R. Miller |
| Jamisen Etzel | **Wexler Wallace LLP** |
| **Carlson Lynch Sweet Kilpela** | 55 West Monroe Street |
| **& Carpenter, LLP** | Suite 3300 |
| 1133 Penn Avenue | Chicago, IL 60603 |
| 5th Floor | 312-346-2222 |
| Pittsburgh, PA 15222 | Email: eaw@wexlerwallace.com |
| 412-322-9243 | Email: mrm@wexlerwallace.com |
| Email: glynch@carlsonlynch.com | |
| Email: ekilpela@carlsonlynch.com | |
| Email: jetzel@carlsonlynch.com | |
| | |
| Lori A. Fanning | Greg L. Davis |
| Marvin A. Miller | **Davis & Taliaferro, LLC** |
| **Miller Law LLC** | 7031 Halcyon Park Drive |
| 115 South LaSalle Street, Suite 2910 | Montgomery, AL 36117 |
| Chicago, IL 60603 | 334- 832-9080 |
| 312-332-3400 | Email: gldavis@knology.net |
| Email: lfanning@millerlawllc.com | |
| Email: mmiller@millerlawllc.com | |

*Plaintiffs' Steering Committee for the Financial Institutions*

### CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2016, that I served (1) Plaintiffs' Uncontested Second Amended Motion for Preliminary Approval of Class Action Settlement, and (2) Amended Memorandum in Support of Motion For Preliminary Approval of Class Action Settlement and Certification of Settlement Class using the CM/ECF system, by which notification of such filing was electronically sent and served to the following:

Phyllis B. Sumner
S. Stewart Haskins
Elizabeth D. Adler
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
404-572-4600
psumner@kslaw.com
shaskins@kslaw.com
eadler@kslaw.com

Nicholas A. Oldham
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW
Washington, D.C. 20006
202-737-0500
noldham@kslaw.com

Rodney L. Lewis
Colleen S. Walter
**Polsinelli PC**
161 North Clark Street
Suite 4200
Chicago, Illinois 60601
312-819-1900
rodneylewis@polsinelli.com
cwalter@polsinelli.com

          /s/ *Katrina Carroll*
           Katrina Carroll

DMSLIBRARY01\29543063.v1