IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, <br><br> Plaintiffs, <br><br> v. <br><br> KMART CORPORATION and SEARS HOLDINGS CORPORATION, <br><br> Defendants. | Case No: 1:15-cv-02228 <br><br> Hon. John Z. Lee |

**PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

Plaintiffs Greater Chautauqua Federal Credit Union, First Choice Federal Credit Union, Gulf Coast Bank & Trust Company, Governmental Employees Credit Union, and Oteen V.A. Federal Credit Union ("Class Plaintiffs") hereby move for an Order awarding reasonable attorneys' fees, costs, and expenses to Class Plaintiffs, individually and on behalf of the putative class of financial institutions in this action (the "Class"), as well as incentive awards to the Settlement Class Representatives.

Pursuant to the Settlement Agreement between Class Plaintiffs and defendants Kmart Corporation ("Kmart") and Sears Holdings Corporation ("Sears") (collectively "Kmart"), the parties agreed to arbitrate the amount of attorneys' fees Class Plaintiffs would seek with (Ret.) Judge Wayne Andersen (subject to Court approval). Judge Andersen suggested Class Plaintiffs

624543.1

should receive $1,733,333.00 in attorneys' fees (1/3 of the $5,200,000 settlement alone and 1/4 of the fund when the proposed fee award is included in the total, as well). Kmart has further agreed to reimburse reasonable costs and expenses up to an amount of $100,000. Class Plaintiffs have incurred $88,233.76 in costs and expenses litigating this action and anticipate expending up to an additional $5,000 through class notice and administration and final approval of the Settlement Agreement. Class Plaintiffs will provide a final total of reasonable costs and expenses to the Court at the final approval hearing, but that total will not exceed $93,233.76. All of these amounts are to be paid in addition to the common fund created by the Settlement Agreement.

The Settlement Agreement further allows for the payment of reasonable incentive awards to each of the five Settlement Class Representatives. Class Plaintiffs seek incentive awards in the amount of $10,000 for each Settlement Class Representatives, and Class Plaintiffs will come prepared to further discuss incentive awards with the Court at the Final Approval Hearing, once information concerning average payments to Class members is known.

This Motion is supported by the Settlement Agreement; Plaintiffs' Memorandum of Law in Support of Motion for Attorneys' Fees, Costs, and Expenses and Class Representative Incentive Awards, submitted herewith; the Declaration of Arthur M. Murray, submitted herewith; all pleadings filed in this case; and such additional evidence or argument as may be presented to the Court. Kmart does not contest the amounts within this Motion.

WHEREFORE, Class Plaintiffs respectfully request that this Court enter an Order:[1]

A. Granting this Motion;

B. Approving attorneys' fees of $1,733,333.00, to be paid by Kmart in addition to the fund created by the Settlement Agreement;

---

[1] Pursuant to this Court's Standing Orders, Class Plaintiffs have submitted a Proposed Order to the Court's proposed order inbox.

C. Approving a maximum of $93,233.76 in reasonable costs and expenses (with a final figure to be provided at the final approval hearing), to be paid in addition to the fund created by the Settlement Agreement;

D. Approving incentive awards of $10,000 for each Settlement Class Representative; and

E. Such other relief this Court deems equitable and just.

Dated: November 21, 2016

Respectfully Submitted,

*/s/ Katrina Carroll*
Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive - Suite 500
Chicago, Illinois 60606
Tel: (312) 750-1265

*Counsel for Plaintiffs*

Arthur M. Murray
Stephen B. Murray
Caroline W. Thomas
**Murray Law Firm**
650 Poydras Street
Suite 2150
New Orleans, LA 70130
505-525-8100
Email: amurray@murray-lawfirm.com
Email: smurray@murray-lawfirm.com
Email: cthomas@murray-lawfirm.com

James J. Pizzirusso
Swathi Bojedla
**Hausfeld, LLP**
1700 K. Street, NW
Suite 650
Washington, DC 20006
202-540-7200
Email: jpizzirusso@hausfeld.com
Email: sbojedla@hausfeld.com

3

Karen H. Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Email: khriebel@locklaw.com
Email: hmsilton@locklaw.com
Email: kmbaxter-kauf@locklaw.com

*Co-Lead Class Counsel for the Financial Institutions*

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, by which notification of such filing was electronically sent and served on all parties.

*/s/ Katrina Carroll*