# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions,<br><br>    Plaintiffs,<br>  v.<br><br>KMART CORPORATION and SEARS HOLDINGS CORPORATION,<br><br>    Defendants. | Case No: 1:15-cv-02228<br><br><u>CLASS ACTION</u><br><br>**HON. JOHN Z. LEE** |

## CLASS PLAINTIFFS' UNOPPPOSED MOTION TO CONTINUE FINAL APPROVAL DEADLINES AND HEARING

Plaintiffs Greater Chautauqua Federal Credit Union, First Choice Federal Credit Union, Gulf Coast Bank & Trust Company, Governmental Employees Credit Union, and Oteen V.A. Federal Credit Union (collectively "Plaintiffs"), respectfully submit this motion to continue the final approval deadlines previously set by the Court and the hearing on Plaintiffs' motion for final approval of settlement and award of fees currently set for February 3, 2017 at 11:00 A.M.

By Orders dated November 17 and November 28, 2016, the Court preliminarily approved the settlement of the above-captioned action, certified a Settlement Class, and authorized the Claims Administrator, Epiq Systems, Inc., to disseminate Notice to potential Settlement Class members. [Docs. #119; #127]. The Court set various deadlines for class notice to be disseminated and for settlement class members to make claims, opt-out of the Settlement, and to file objections. Pursuant to these deadlines, the Claims Administrator sent class notice on or before November 18, 2016. The Court also set a deadline of January 20, 2017 for Plaintiffs to file the Motion for Final Approval of the Settlement and set a Final Fairness Hearing for February 3, 2017.

Plaintiffs' counsel has recently learned that the Class Notice was not mailed to some potential Settlement Class members. In the interest of fairness to all potential Settlement Class members, Plaintiffs' counsel intend to file a Supplemental Notice Plan and request the Court's permission to direct the Claims Administrator to mail a Supplemental Notice to Settlement Class members. The cost of drafting, printing and mailing the proposed Supplemental Notice will be borne by the Claims Administrator. No additional fees or costs will be borne by Defendants or the Settlement Class. On or

before February 3, 2017, Plaintiffs will file the Supplement Notice Plan, as well as a revised Proposed Preliminary Approval Order setting forth proposed, revised deadlines for the supplement notice to be disseminated and for all related class settlement deadlines.

In light of the need for a Supplemental Notice Plan, Plaintiffs respectfully request that the Court continue the current Final Approval deadlines, including the deadline for Plaintiffs' Motion for Final Approval on January 20, 2017, and the Final Fairness Hearing set for February 3, 2017.

Dated: January 19, 2017              Respectfully submitted,

By: */s/ Katrina Carroll*
Katrina Carroll
Kyle A. Shamberg
LITE DEPALMA GREENBERG, LLC
211 W. Wacker Drive, Suite 500
Chicago, IL 60606
312-750-1265
Email: kcarroll@litedepalma.com

*Counsel for Plaintiffs*

Karen Hanson Riebel
Kate M. Baxter-Kauf
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
Telephone: 612-596-4097
Facsimile: 612-339-098 1
Email: khriebel@locklaw.com
Email: kmbaxter-kauf@locklaw.com

3

Arthur M. Murray
Stephen B. Murray
Caroline W. Thomas
MURRAY LAW FIRM
650 Poydras Street
Suite 2150
New Orleans, LA 70130
505-525-8100
Email: amurray@murray-lawfirm.com
Email: smurray@murray-lawfirm.com
Email: cthomas@murray-lawfirm.com

James J. Pizzirusso
Swathi Bojedla
HAUSFELD, LLP
1700 K. Street, NW
Suite 650
Washington, DC 20006
202-540-7200
Email: jpizzirusso@hausfeldllp.com
Email: sbojedla@hausfeldllp.com

*Co-Lead Counsel for the Financial Institutions*

Erin Green Comite
Joseph P. Guglielmo
SCOTT + SCOTT ATTORNEYS AT LAW, LLP
405 Lexington Avenue
40th Floor
New York, NY 10174
212-594-5300
Email: jguglielmo@scott-scott.com
Email: ecomite@scott-scott.com

Daniel E. Gustafson
Jason S. Kilene
Catherine K. Smith
Joseph C. Bourne
Eric S. Taubel
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
612-333-8844
Email: dgustafson@gustafsongleuk.com
Email: jkilene@gustafsongluek.com
Email: csmith@gustafsongluek.com
Email: jbourne@gustafsongluek.com
Email: etaubel@gustafsongleuk.com

Gary F. Lynch
Edwin J. Kilpela
Jamisen Etzel
CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
412-322-9243
Email: glynch@carlsonlynch.com
Email: ekilpela@carlsonlynch.com
Email: jetzel@carlsonlynch.com

Edward A. Wallace
Mark R. Miller
WEXLER WALLACE LLP
55 West Monroe Street
Suite 3300
Chicago, IL 60603
312-346-2222
Email: eaw@wexlerwallace.com
Email: mrm@wexlerwallace.com

Lori A. Fanning
Marvin A. Miller
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
312-332-3400
Email: lfanning@millerlawllc.com
Email: mmiller@millerlawllc.com

Greg L. Davis
DAVIS & TALIAFERRO, LLC
7031 Halcyon Park Drive
Montgomery, AL 36117
334- 832-9080
Email: gldavis@knology.net

*Counsel for Financial Institutions*

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing was filed this 19th day of January 2017 via the Court's electronic filing system which will serve all counsel of record.

/s/ Katrina Carroll