IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, | : : : : : : : : : : : | Case No: 1:15-cv-02228<br><br><br><br><br>**JURY TRIAL DEMANDED** |
| Plaintiffs, | : : : | |
| v. | : : | |
| KMART CORPORATION and SEARS HOLDINGS CORPORATION, | : : : : | |
| Defendants. | : : | |

**PLAINTIFFS' MOTION FOR ENTRY OF
THIRD AMENDED PRELIMINARY APPROVAL ORDER
AND SUPPLEMENTAL NOTICE PLAN**

Plaintiffs, by their attorneys, hereby move this Court for entry of a Proposed Third Amended Preliminary Approval Order and Supplemental Notice Plan, and in support of their motion state as follows:

1. On November 17 and November 28, 2016, the Court preliminarily approved the settlement of the above-captioned action, certified a Settlement Class, and authorized the Claims Administrator, Epiq Systems, Inc., to disseminate Notice to potential Settlement Class members. [Docs. 119; 127]. The Court set various deadlines for class notice to be disseminated and for settlement class members to make claims, opt-out of the Settlement, and/or to file objections. Pursuant to these deadlines, the Claims Administrator sent Class Notice on or before November

1

18, 2016. The Court also set a deadline of January 20, 2017 for Plaintiffs to file the Motion for Final Approval of the Settlement and set a Final Fairness Hearing for February 3, 2017.

2. Thereafter, Plaintiffs' Counsel learned that the Claims Administrator failed to mail Class Notice to some Settlement Class members. In light of this information, Plaintiffs' Counsel filed a motion with the Court requesting the Court to continue the Final Approval deadlines and to allow the parties to file a Proposed Third Amended Preliminary Approval Order and a Supplemental Notice Plan on or before February 3, 2017. [Doc. 129].

3. Plaintiffs now submit a Proposed Third Amended Preliminary Approval Order, which has been e-mailed to Your Honor's proposed order inbox. The Revised Proposed Preliminary Approval Order sets forth proposed, revised deadlines for the Supplemental Notice to be disseminated and for all related class settlement deadlines.

4. Plaintiffs also submit a Proposed Supplemental Notice Plan attached hereto as Exhibit A. The Supplemental Notice Plan will ensure that all of the 5,052[1] financial institution potential settlement class members holding payment cards subject to the data breach will receive direct mailed notice of the claims, at no additional cost to the class.

WHEREFORE Plaintiffs request that the Court grant their motion and enter the Proposed Third Amended Preliminary Approval Order and Supplemental Notice Plan.

---

[1] Per the declaration of Cameron R. Azari, attached as Exhibit A, the Claims Administrator was able to locate addresses for an additional 3,394 class members to whom it did not initially send notice.

656042.1

Dated: February 2, 2017                    Respectfully submitted,

                                                      */s/ Katrina Carroll*
                                                     Katrina Carroll
                                                     kcarroll@litedepalma.com
                                                   Kyle A. Shamberg
                                                   kshamberg@litedepalma.com
                                                   **LITE DePALMA GREENBERG, LLC**
                                                   211 W. Wacker Drive
                                                   Suite 500
                                                   Chicago, Illinois 60606
                                                   Tel: (312) 750-1265

                                                   *Counsel for Plaintiffs*

656042.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2017, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, by which notification of such filing was electronically send and served on all parties.

*/s/ Katrina Carroll*