IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, <br><br> Plaintiffs, <br><br> v. <br><br> KMART CORPORATION and SEARS HOLDINGS CORPORATION, <br><br> Defendants. | Case No: 1:15-cv-02228 <br><br> Hon. John Z. Lee |

**CLASS PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS**

Plaintiffs Greater Chautauqua Federal Credit Union, First Choice Federal Credit Union, Gulf Coast Bank & Trust Company, Governmental Employees Credit Union, and Oteen V.A. Federal Credit Union ("Plaintiffs"), individually and on behalf of the Settlement Class, by their undersigned counsel, respectfully move this Court for an Order granting final approval of the proposed class action settlement.

This Motion is supported by the Second Amended Settlement Agreement, Plaintiffs' Memorandum of Points and Authorities in Support of Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, the Declaration of Cameron Azari dated May 4, 2017, all pleadings filed in this case, and such additional evidence or argument as may be presented to the Court. This Motion is uncontested by Defendants.

Dated: May 4, 2017                                  Respectfully submitted,

/s/ *Katrina Carroll*
Katrina Carroll
kcarroll@litedepalma.com
Kyle A. Shamberg
kshamberg@litedepalma.com
Ismael T. Salam
isalam@litedepalma.com
**LITE DEPALMA GREENBERG, LLC**
211 W. Wacker Drive, Suite 500
Chicago, Illinois 60606
312.750.1265

*Counsel for Plaintiffs*

Arthur M. Murray
Stephen B. Murray
Caroline W. Thomas
**Murray Law Firm**
650 Poydras Street
Suite 2150
New Orleans, LA 70130
505-525-8100
Email: amurray@murray-lawfirm.com
Email: smurray@murray-lawfirm.com
Email: cthomas@murray-lawfirm.com

James J. Pizzirusso
Swathi Bojedla
**Hausfeld, LLP**
1700 K. Street, NW
Suite 650
Washington, DC 20006
202-540-7200
Email: jpizzirusso@hausfeld.com
Email: sbojedla@hausfeld.com

Karen H. Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900

Email: khriebel@locklaw.com
Email: hmsilton@locklaw.com
Email: kmbaxter-kauf@locklaw.com

***Co-Lead Class Counsel for the Financial Institutions***

Case: 1:15-cv-02228 Document #: 142 Filed: 05/04/17 Page 3 of 4 PageID #:1676

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing was **Class Plaintiffs' Motion For Final Approval Of Class Action Settlement And Plan Of Allocation Of Settlement Proceeds** filed electronically with the Clerk of the Court using the CM/ECF system this 4th day of May 2017 and served electronically on all counsel of record.

*/s/ Katrina Carroll*