# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, <br><br> Plaintiffs, <br><br> v. <br><br> KMART CORPORATION and SEARS HOLDINGS CORPORATION, <br><br> Defendants. | Case No: 1:15-cv-02228 |

## DECLARATION OF CAMERON R. AZARI, ESQ., ON SUPPLEMENTAL NOTICE

I, CAMERON R. AZARI, ESQ., hereby declare and state as follows:

1. My name is Cameron R. Azari, Esq. I am over the age of twenty-one and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am the Director of Legal Notice for Hilsoft Notifications, a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans. Hilsoft has been involved with some of the most complex and significant notices and notice programs in recent history. Hilsoft is a business unit of Epiq Systems Class Action and Claims Solutions ("ECA"). I previously executed my *Affidavit of Cameron R. Azari, Esq. on Settlement Notices and Notice Plan* ("*Notice Affidavit*") on July 29, 2016, my *Supplemental Declaration of*

*Cameron R. Azari, Esq.* on August 17, 2016, my *Supplemental Declaration of Cameron R. Azari, Esq. on Notice* on February 2, 2017, and my *Declaration of Cameron R. Azari, on Supplemental Notice* April 20, 2017. Those documents (specifically the February 2nd and April 20th declarations) described the notice plan implemented in this settlement in detail. I now submit this Declaration to summarize the notice efforts and to provide updated administration stats since my April 20, 2017 Declaration.

3. As reported in my previous declarations, the notice efforts for this case encompassed the following:

- On November 16, 2016, 1,658 Initial Notices were sent. After receiving and processing undeliverable pieces, Epiq remailed 55 of the Initial Notices to new addresses.

- On February 14, 2017, 3,394 Supplemental Notices were mailed to new addresses identified from available data. After receiving and processing undeliverable pieces, Epiq remailed 101 Supplemental Notices to new addresses.

- On February 14, 2017, 1,658 Extension Letters were sent to those that were mailed the Initial Notice.

- On April 10, 2017, 4,987 Reminder Letters were sent to Class Members who had not yet submitted a claim.

### *Case Website and Toll-free Telephone Activity Update*

4. As of May 3, 2017, there have been 3,385 unique visitors to the case website and over 15,633 website pages presented. As of May 3, 2017, the toll-free number has handled 291 calls representing 1156 minutes of use.

### *Exclusions and Objections*

5.  The exclusion deadline was April 18, 2017. Epiq received a total of 15 requests for exclusion from the Settlement Class. I am not aware of any objections to the Settlement at the time of this declaration. The Exclusion Report is included as **Attachment 1**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 4, 2017.

_____
Cameron R. Azari, Esq.

# Attachment 1

## FILED UNDER SEAL