**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| GREATER CHAUTAUQUA FEDERAL CREDIT UNION, FIRST CHOICE FEDERAL CREDIT UNION, GULF COAST BANK & TRUST COMPANY, GOVERNMENTAL EMPLOYEES CREDIT UNION, and OTEEN V.A. FEDERAL CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions,<br><br>Plaintiffs,<br><br>v.<br><br>KMART CORPORATION and SEARS HOLDINGS CORPORATION,<br><br>Defendants. | Case No: 1:15-cv-02228<br><br>Hon. John Z. Lee |

**SUPPLEMENT TO MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND CLASS REPRESENTATIVE INCENTIVE AWARDS**

Plaintiffs Greater Chautauqua Federal Credit Union, First Choice Federal Credit Union, Gulf Coast Bank & Trust Company, Governmental Employees Credit Union, and Oteen V.A. Federal Credit Union ("Plaintiffs"), by their undersigned Class Counsel, respectfully submit this supplement to their memorandum submitted in support of their Motion for Attorneys' Fees, Costs, and Expenses requesting a fee award of $1,733,333.00, and reimbursement of reasonable costs and expenses and incentive awards. *See* ECF No. 124; ECF No. 124-2.

In advance of the hearing scheduled for May 19, 2017, Plaintiffs submit that they have incurred an additional $7,340.79 in reasonable costs and expenses, and that Class Counsel's now current lodestar is $2,088,446.83. Class Counsel and the attorneys working at their direction reported having spent approximately 3,500 hours advancing these matters, with an aggregate lodestar of $2,088,446.83, which equates to an average billing rate of approximately $596.69 and reflects a slightly negative multiplier of 0.83 to the attorneys' fees award sought.

Plaintiffs also seek reimbursement of $95,574.55 in costs incurred to date, which includes $88,233.76 in costs previously detailed in Plaintiffs' memorandum, and $7,340.79 in costs incurred since that date. Though this request is slightly higher than the $5,000 estimated in Plaintiffs' motion, it is reasonable in light of the supplemental notice and additional expenses incurred given the uniqueness of this settlement process.

In addition, the Claims Administrator, Epiq Systems, Inc., incurred additional expenses sending additional notice to class members. *See* ECF No. 133; ECF No. 139 at ¶¶ 8-14. As a result, Plaintiffs request that the cost of the additional notice, $9,208, be reimbursed to the Claims Administrator, in addition to the capped amount already requested.[1]

---

[1] Epiq Systems is not seeking reimbursement of further expenses, consistent with the cap on its fee originally presented to the Court. *See* ECF No. 119.

Dated: May 15, 2017

                                            Respectfully Submitted,

                                            */s/ Katrina Carroll*
                                            Katrina Carroll
                                            kcarroll@litedepalma.com
                                            Kyle A. Shamberg
                                            kshamberg@litedepalma.com
                                            **LITE DEPALMA GREENBERG, LLC**
                                            211 W. Wacker Drive
                                            Suite 500
                                            Chicago, Illinois 60606
                                            Tel: (312) 750-1265

                                            *Counsel for Plaintiffs*

| | |
|---|---|
| Arthur M. Murray | James J. Pizzirusso |
| Stephen B. Murray | Swathi Bojedla |
| Caroline W. Thomas | **Hausfeld, LLP** |
| **Murray Law Firm** | 1700 K. Street, NW |
| 650 Poydras Street | Suite 650 |
| Suite 2150 | Washington, DC 20006 |
| New Orleans, LA 70130 | 202-540-7200 |
| 505-525-8100 | Email: jpizzirusso@hausfeld.com |
| Email: amurray@murray-lawfirm.com | Email: sbojedla@hausfeld.com |
| Email: smurray@murray-lawfirm.com | |
| Email: cthomas@murray-lawfirm.com | |

Karen H. Riebel
Heidi M. Silton
Kate M. Baxter-Kauf
**Lockridge Grindal Nauen P.L.L.P.**
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401
612-339-6900
Email: khriebel@locklaw.com
Email: hmsilton@locklaw.com
Email: kmbaxter-kauf@locklaw.com

*Co-Lead Class Counsel for the Financial Institutions*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that a true and correct copy of the foregoing **Supplement To Memorandum Of Points And Authorities In Support Of Plaintiffs' Motion For Attorneys' Fees, Costs, And Expenses And Class Representative Incentive Awards** was filed this 15th day of May 2017 via the Court's electronic filing system and was thereby served on all counsel of record.

*/s/ Katrina Carroll*